# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1036

_____

| | |
|---|---|
| Peggy Ryan, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Missouri. |
| Trans World Airlines, Inc., | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: May 17, 2000
Filed: May 26, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Peggy Ryan appeals the District Court's[1] grant of judgment as a matter of law to Trans World Airlines, Inc. after a jury failed to reach a verdict in her retaliation and failure-to-promote employment action. After de novo review, see Bailey v. Runyon, 167 F.3d 466, 468 (8th Cir. 1999), we conclude the District Court's judgment was proper. Ryan failed to show she was qualified for the position to which she sought to be promoted, see McCullough v. Real Foods, Inc., 140 F.3d 1123, 1126 (8th Cir. 1998)

_____

[1] The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

(elements of prima facie failure-to-promote case), and failed to establish a connection between her protected activity and the investigation that led to her termination, see Smith v. Riceland Foods, Inc., 151 F.3d 813, 818 (8th Cir. 1998). We reject her added arguments on appeal as meritless. See 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS EIGHTH CIRCUIT.